## 9507.   CLARK v. THE STATE.

The evidence, while circumstantial, was sufficient to sustain the verdict,
and the court did not err in overruling the motion for a new trial.

DECIDED APRIL 2, 1918.

Indictment for larceny of cow; from Mitchell superior court—
Judge Harrell.  June 9, 1917.

Johnson & Warren, for plaintiff in error.

R. C. Bell, solicitor-general, F. A. Hooper, contra.

HARWELL, J.  The plaintiff in error was indicted for stealing a
cow belonging to the farm of Jackson Brothers.  The State's evi-
dence showed that the cow described in the indictment was miss-
ing, and was found in the possession of one McDaniel; and he
testified that he bought the cow from one Bozeman.  Bozeman
testified that he (Bozeman) bought the cow from the defendant,
and gave him $10 for her.  The defendant made no statement in
explanation of his possession.  The only witness introduced by
the defendant testified that the cow that he saw the defendant put
in Bozeman's pasture was of a description different from that given
in the indictment.  The motion for a new trial was based upon
the general grounds only.  It is not necessary to add anything
further to the headnote.

Judgment affirmed.  Broyles, P. J., and Bloodworth, J., concur.